```
                    FILED
                    October 16, 2008
                    CLERK, US DISTRICT COURT
                    EASTERN DISTRICT OF
                    CALIFORNIA
                    _____
                         DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>               Plaintiff,            )<br>v.                                   )<br>                                     )<br>Todd Humphrey,                       )<br>                                     )<br>               Defendant.            )<br>_____) | Case No. 2:08-cr-451 GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Todd Humphrey__  Case _2:08-cr-451 GEB_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $50,00 cosigned by defendant's mother

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) _Probation conditions/supervision; defendant to be released to residential treatment facility, The Effort, on November 6, 2008._

Issued at _Sacramento, CA_ on _10/16/08_   at _2:40 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge