FILED
October 24, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   Case No. 2:08-cr-451 GEB
             Plaintiff,              )
v.                                   )   ORDER FOR RELEASE
                                     )   OF PERSON IN CUSTODY
Todd Humphrey,                       )
                                     )
             Defendant.              )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Todd Humphrey  Case 2:08-cr-451 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $50,00 cosigned by defendant's mother

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) Probation conditions/supervision; **defendant to be released to Pretrial Services to attend residential treatment facility, The Effort, on November 6, 2008.**

Issued at  Sacramento, CA  on 10/24/08  at  2:25 p.m.

By _____
GREGORY G. HOLLOWS
Gregory G. Hollows,
United States Magistrate Judge