IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>RELATED CASE ORDER</u> |
| | ) | |
| Plaintiff, | ) | 2:08-cv-02498-FCD-EFB |
| | ) | |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 3956 CRIBBAGE LANE, OROVILLE, CALIFORNIA, BUTTE COUNTY, APN: 058-230-029,INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and, | ) ) ) ) ) ) | |
| REAL PROPERTY LOCATED AT 3965 CRIBBAGE LANE, OROVILLE, CALIFORNIA, BUTTE COUNTY, APN: 058-230-027,INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | 2:08-cr-0451-GEB |
| Plaintiff, | ) | |
| v. | ) | |
| TODD PATRICK HUMPHREY, | ) | |
| Defendant. | ) | |

On October 28, 2008, the United States filed a "Notice of Related Cases" in which it states the above actions are related, because the civil forfeiture in the civil action arises from the same law enforcement investigation involved in the criminal action.

1

1  Under the regular practice of this court, related cases are generally
2  assigned to the judge and magistrate judge to whom the first filed
3  action was assigned.  Since the criminal action was filed before the
4  civil case, and the actions are related, action 2:08-cv-02498-FCD-EFB
5  is reassigned to the undersigned district judge.  Henceforth, the
6  caption on the reassigned civil action shall show the initials "GEB"
7  instead of the other district judge's initials.  All dates in the
8  reassigned civil case are vacated.
9          A status (pretrial scheduling) conference in the reassigned
10 civil action shall be held February 2, 2009 at 9:00 a.m.  The parties
11 in the reassigned civil action shall file a Joint Status Report not
12 later than fourteen (14) days prior to the February 2, 2009
13 scheduling conference.
14         IT IS FURTHER ORDERED that the Clerk of the Court make
15 appropriate adjustment in the assignment of civil cases to compensate
16 for this reassignment.
17         IT IS SO ORDERED.
18 Dated:  November 6, 2008

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge