DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Todd Patrick Humphrey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TODD PATRICK HUMPHREY,<br><br>　　　　　Defendant | Case No.: 2:08 CR 451  GEB<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

　　　　The parties agree that time beginning April 24, 2009 and extending through May 29, 2009 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

　　　　The parties further request that this matter be taken off the April 24, 2009, calendar and be rescheduled to May 29, 2009 at 9:00 a.m..

Respectfully submitted,

Date: 4-23-09 By: /s/ Danny D. Brace, Jr.,
DANNY D. BRACE, JR.,
Attorney for
Todd Patrick Humphrey

Date: 4-23-09 By:/s/ Michael Beckwith
Authorized to sign for Mr. Beckwith
On April 23, 2009
MICHAEL BECKWITH
Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated: 4/23/09**

_____
HON. GARLAND E. BURRELL, JR.